```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
 3  Regional Chief Counsel, Region IX
    Social Security Administration
 4  DANIEL P. TALBERT
 5  Special Assistant United States Attorney
            333 Market Street, Suite 1500
 6          San Francisco, California 94105
            Telephone:  (415) 977-8926
 7          Facsimile:  (415) 744-0134
 8          E-Mail: Daniel.Talbert@ssa.gov
 9  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DIANNE NORMAN,                    ) | Case No. 2:10-cv-02501-EFB |
|     Plaintiff,             ) | |
| v.                                ) | STIPULATION AND PROPOSED ORDER FOR |
| MICHAEL J. ASTRUE,                ) | REMAND PURSUANT TO SENTENCE FOUR OF |
| Commissioner of Social Security,  ) | 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY |
|     Defendant.            ) | OF JUDGMENT IN FAVOR OF PLAINTIFF AND |
| _____   ) | AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will instruct the administrative law judge (ALJ) to take the following action:

The claimant will be given an opportunity for another hearing and an opportunity to submit additional evidence. As this was previously remanded to the same ALJ, a different ALJ will hold the hearing and issue the new decision. Upon remand, the ALJ will be instructed to reevaluate the claimant's subjective complaints. In doing so, the ALJ will be instructed to provide reasons other than those rejected by the Court in its September 2008 order.

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

Stip. & Order for Remand                                1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner. Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted,

Dated: March 15, 2011

*s/ Bess Brewer*
(As authorized by email)
BESS BREWER
Attorney for Plaintiff

Date: March 16, 2011

BENJAMIN B. WAGNER
United States Attorney

By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: March 16, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Remand                2